**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 01-1001**

———————————

JOHN MATHENA,

                                        Plaintiff - Appellant,

        versus

APPALACHIAN WELDING SUPPLY COMPANY, INCORPO-
RATED; AIRGAS-MOUNTAIN STATES, INCORPORATED,

                                        Defendants - Appellees.

———————————

Appeal from the United States District Court for the Southern
District of West Virginia, at Bluefield.  David A. Faber, District
Judge.  (CA-99-807-1)

———————————

Submitted:  August 9, 2001          Decided:  August 14, 2001

———————————

Before NIEMEYER, MOTZ, and GREGORY, Circuit Judges.

———————————

Dismissed by unpublished per curiam opinion.

———————————

John Mathena, Appellant Pro Se.  Mark Anthony Carter, Allison
Suzanne Williams, HEENAN, ALTHEN & ROLES, Charleston, West Vir-
ginia, for Appellees.

———————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

John Mathena seeks to appeal the district court's order dismissing his civil action. We dismiss the appeal for lack of jurisdiction because Appellant's notice of appeal was not timely filed.

Parties are accorded thirty days after entry of the district court's final judgment or order to note an appeal, see Fed. R. App. P. 4(a)(1), unless the district court extends the appeal period under Fed. R. App. P. 4(a)(5) or reopens the appeal period under Fed. R. App. P. 4(a)(6). This appeal period is "mandatory and jurisdictional." Browder v. Director, Dep't of Corr., 434 U.S. 257, 264 (1978) (quoting United States v. Robinson, 361 U.S. 220, 229 (1960)).

The district court's order was entered on the docket on October 27, 2000. Mathena's notice of appeal was filed on December 19, 2000. Because Mathena failed to file a timely notice of appeal or to obtain an extension or reopening of the appeal period, we dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2